*J. Campbell Thompson* and *E. C. Crowley* for respondent.

Judgment reversed and new trial granted, costs to abide event, on dissenting opinion of Patterson, P. J., below.

Concur: Cullen, Ch. J., Werner, Willard Bartlett, Hiscock and Chase, JJ. Dissenting: Gray and Edward T. Bartlett, JJ.

---

Louis Kindelberger, Appellant, *v.* Fred D. Kunow, Respondent.

*Kindelberger* v. *Kunow*, 122 App. Div. 158, affirmed.
(Submitted March 2, 1908; decided March 16, 1908.)

Appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 13, 1907, which reversed a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial and granted a new trial in an action to recover personal property alleged to have been wrongfully detained by defendant.

*Thomas Carmody* for appellant.

*M. A. Leary* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: Cullen, Ch. J., Gray, Werner, Willard Bartlett, Hiscock and Chase, JJ. Not voting: Edward T. Bartlett, J.